1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | MEREDITH J. EDWARDS (CABN 279301)
Special Assistant United States Attorney

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061

7 | Fax: (408) 535-5066
E-Mail: meredith.edwards@usdoj.gov

8

9 | Attorneys for United States of America

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

13 | UNITED STATES OF AMERICA,            )   No. CR 08-632 RMW
                                         )
14 |      Plaintiff,                     )
                                         )   NOTICE OF DISMISSAL
15 |   v.                                )
                                         )
16 | JORGE RODRIGUEZ,                    )
                                         )
17 |      Defendant.                     )
                                         )
18 | _____   )

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20 United States Attorney for the Northern District of California dismisses the above indictment

21 without prejudice.

22

23 DATED: February 26, 2013              Respectfully submitted,

24                                       MELINDA HAAG
                                         United States Attorney
25

26
                                         MIRANDA KANE
27                                       Chief, Criminal Division

28

NOTICE OF DISMISSAL CR 08-632 RMW

1 | Leave is granted to the government to dismiss the indictment.

3 | Date: _____

RONALD M. WHYTE
United States District Judge

2